IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

A. ALEXIS VARELA, INC., D/B/A THE
VARELA  CONSTRUCTION  GROUP,
A FLORIDA CORPORATION,

      Appellant,

 v.

DOMINIC PAGIO AND JULIA PAGIO,

      Appellees.

_____/

Case No.  5D21-2077
LT Case No. CC21-1654

Opinion filed July 15, 2022

Appeal from the County Court
for St. Johns County,
Charles J. Tinlin, Judge.

Thomas J. Tollefsen, of Tritt & Associates,
P.A., Jacksonville, for Appellant.

Mary Scheps Scott, of Mary Scott Law,
Ponte Vedra Beach, for Appellees.


PER CURIAM.

ON MOTION FOR REHEARING

We grant Appellees' Amended Motion for Rehearing, withdraw our

prior opinion, and substitute the following.

AFFIRMED.  See Dade Cnty. Sch. Bd. v. Radio Station WQBA, 731 So. 2d 638, 644 (Fla. 1999) (acknowledging that, pursuant to the tipsy coachman doctrine, "if a trial court reaches the right result, but for the wrong reasons, it will be upheld if there is any basis which would support the judgment in the record").

SASSO, TRAVER and WOZNIAK, JJ., concur.